

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00831-CV

Michael Thomas **PAUL,**
Appellant

v.

Miguel **LOPEZ**, David Padilla, John Stricklin, Javier Zuniga, and San Antonio Television, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1); *see also* TEX. R. APP. P. 42.3(c) (authorizing appellate courts to dismiss an appeal when the appellant fails to comply with a court order).

SIGNED August 14, 2019.

_____
Irene Rios, Justice